JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 4 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

JOB THOMPSON,

  Defendant.

1:17-CR-2055-SAB

INDICTMENT

Ct. 1: 18 U.S.C. §§ 113(a)(6) and 1153 – Assault Resulting in Serious Bodily Injury

The Grand Jury charges:

On or about May 27, 2017, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, JOB THOMPSON, an Indian, did knowingly assault H.R.L., resulting in serious bodily injury, all in violation of Title 18 United States Code, Sections 113(a)(6) and 1153.

INDICTMENT    1

DATED: November 14, 2017.

A TRUE BILL

Presiding Juror

JOSEPH H. HARRINGTON
Acting United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT                                    2